| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)  Vescovo, Diane K. | 2. Court or Organization  Western District of Tennessee | 3. Date of Report  07/11/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Magistrate Judge Fulltime | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

341 Federal Building
167 North Main Street
Memphis, Tennessee 38103

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | University of Memphis Board of Visitors |
| 2. | Director | Federal Magistrate Judges Association |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 07/11/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Salary - Black McLaren Jones Ryland & Griffee PLC Law Firm |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Bank | 1st Mortgage on Real Property #1 (Rental) - Destin, FL | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 07/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Real Property #1, Destin, FL, Undivided 1 interest | E | Rent | O | R | | | | | |
| 2. Sovereign Inherent Return Fund, L.P. | | None | J | T | | | | | |
| 3. 1st Tennessee Bank Accounts | A | Interest | M | T | | | | | |
| 4. Federal Credit Union Accounts | A | Interest | J | T | | | | | |
| 5. Northwestern Whole Life | B | Dividend | L | T | | | | | |
| 6. Sun Whole Life | B | Dividend | L | T | | | | | |
| 7. Morgan Keegan Account | | | | | | | | | |
| 8. --Cash Regions FDIC | A | Interest | J | T | | | | | |
| 9. --Thornburg Limited Term Muni BD Fund Class I | A | Dividend | J | T | | | | | |
| 10. --Dodge & Cox Income | A | Dividend | K | T | | | | | |
| 11. --PIMCO Total Return Fund P | A | Dividend | J | T | | | | | |
| 12. --Vanguard Short Term Bond Index Fund | A | Dividend | J | T | | | | | |
| 13. --iShares MSCI EAFE Index Fund | | None | | | Sold | 02/10/12 | K | | |
| 14. --iShares Russell Midcap Index Fund | | None | | | Sold | 02/10/12 | K | D | |
| 15. --iShares TR Russell 2000 Index Fund | | None | | | Sold | 02/10/12 | K | D | |
| 16. --iShares Technology Sector IDX Trust Dow Jones US Fund | A | Dividend | K | T | | | | | |
| 17. --iShares Industry Index Trust Dow Jones US | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 07/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Vanguard Emerging Markets | | None | | | Sold | 02/10/12 | K | A | |
| 19. --Nuveen Global Infrastructure I (see Notes) | B | Dividend | K | T | | | | | |
| 20. --Franklin Inc Adv | B | Dividend | K | T | | | | | |
| 21. --Thornburg Investment Income Builder Fund I | B | Dividend | K | T | Sold (part) | 02/13/12 | K | A | |
| 22. | | | | | Sold (part) | 09/07/12 | J | A | |
| 23. --Greenhaven Continuous Commodity Index Fund | | None | J | T | Sold (part) | 09/07/12 | K | B | |
| 24. --iShares DJ US Energy Sector Index Fund | A | Dividend | K | T | | | | | |
| 25. --FPA New Income Inc | | None | | | Sold | 02/10/12 | J | | |
| 26. --FPA Crescent Fund | B | Dividend | K | T | | | | | |
| 27. --Ivy Asset Strategy Fund I | A | Dividend | K | T | Sold (part) | 09/07/12 | J | A | |
| 28. --Osterweis Strategic Income | A | Dividend | | | Sold | 09/05/12 | K | A | |
| 29. --RS Global Natural Resources | A | Dividend | K | T | Sold (part) | 09/07/12 | J | B | |
| 30. --Templeton Global Bond Fund Advisor Class | B | Dividend | K | T | | | | | |
| 31. --Energy Transfer Partners LP | A | Distribution | J | T | | | | | |
| 32. --Energy Transfer Equity | B | Distribution | K | T | | | | | |
| 33. --Enterprise Product Partners LP | B | Distribution | K | T | | | | | |
| 34. --Kinder Morgan Energy Partners LP | B | Distribution | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 07/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Plains All American Pipeline LP | B | Distribution | K | T | | | | | |
| 36. --First Trust Financial Alphadex Fun | A | Dividend | K | T | | | | | |
| 37. --First Trust Health Care Alphadex Fund | A | Dividend | K | T | | | | | |
| 38. --Fairholme Fund | | None | K | T | | | | | |
| 39. --Kinder Morgan, Inc. | A | Dividend | K | T | Buy | 02/14/12 | K | | |
| 40. --Alger Spectra I | A | Dividend | K | T | Buy | 09/07/12 | K | | |
| 41. --Federated Strategic Value IS | B | Dividend | K | T | Buy | 02/13/12 | J | | |
| 42. | | | | | Buy (add'l) | 02/16/12 | J | | |
| 43. --Glenmede Small Cap Equity Institutional Shares | A | Dividend | K | T | Buy | 02/09/12 | K | | |
| 44. --Oppenheimer Developing Markets | A | Dividend | K | T | Buy | 02/13/12 | K | | |
| 45. --Prudential Jennison Equity Income Fund CL | B | Dividend | K | T | Buy | 02/13/12 | J | | |
| 46. | | | | | Buy (add'l) | 02/16/12 | J | | |
| 47. --Riverpark/Wedgewood Fund Institutional | A | Dividend | K | T | Buy | 09/05/12 | K | | |
| 48. --Scout Mid Cap | A | Dividend | K | T | Buy | 02/09/12 | K | | |
| 49. --SunAmerica Focused Dividend Strategy Port Class A | A | Dividend | K | T | Buy | 09/07/12 | K | | |
| 50. --PIMCO All Assett All Authority | B | Dividend | K | T | Buy | 02/13/12 | K | | |
| 51. --EV Energy Partners LP | A | Distribution | K | T | Buy | 02/14/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 07/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  --Magellan Midstream Partners LP | A | Distribution | K | T | Buy | 02/14/12 | K | | |
| 53. | | | | | Buy<br>(add'l) | 02/16/12 | J | | |
| 54.  Morgan Keegan IRA Account | | | | | | | | | |
| 55.  --Cash Regions FDIC | A | Interest | J | T | | | | | |
| 56.  --Dodge& Cox Income | A | Dividend | J | T | | | | | |
| 57.  --PIMCO Total Return Fund P | A | Dividend | J | T | | | | | |
| 58.  --First Trust Financial Alphadex Fund | A | Dividend | J | T | | | | | |
| 59.  --First Trust Health Care Alphadex Fund | A | Dividend | J | T | | | | | |
| 60.  --First Trust Industrials Producers Durables Alphadex Fund | A | Dividend | J | T | | | | | |
| 61.  --First Trust Tech Alpha Dex | A | Dividend | J | T | | | | | |
| 62.  --Ishares MSCI EAFE Index Fund | | None | | | Sold | 02/10/12 | J | | |
| 63.  --Ishares Russell Midcap Index Fund | | None | | | Sold | 02/10/12 | K | | |
| 64.  --Ishares TR Russell 2000 Index Fund | | None | | | Sold | 02/10/12 | K | A | |
| 65.  --Vanguard Emerging Markets | | None | | | Sold | 02/10/12 | J | | |
| 66.  --Fairholme Fund | | None | J | T | | | | | |
| 67.  --Franklin Inc Adv | A | Dividend | J | T | | | | | |
| 68.  --Thornburg Investment Income Builder Fund I | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,000 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 07/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Physical Precious Metal ETFS | | None | J | T | | | | | |
| 70. --First Trust Energy | A | Dividend | J | T | | | | | |
| 71. --Greenhaven Continuous Commodity Index Fund | | None | J | T | | | | | |
| 72. --FPA Crescent Fund | A | Dividend | J | T | | | | | |
| 73. --Ivy Asset Strategy Fund I | A | Dividend | J | T | | | | | |
| 74. --Osterweiss Strategic Income | A | Dividend | | | Sold | 09/05/12 | J | | |
| 75. --RS Global Natural Resources Y | A | Dividend | J | T | | | | | |
| 76. --Templeton Global Bond Fund Advisor Class | A | Dividend | J | T | | | | | |
| 77. --Alger Spectra I | A | Dividend | J | T | Buy | 09/07/12 | J | | |
| 78. --Glenmede Small Cap Equity Institutional Shares | A | Dividend | K | T | Buy | 02/09/12 | J | | |
| 79. --Oppenheimer Developing Markets | A | Dividend | J | T | Buy | 02/13/12 | J | | |
| 80. --Riverpark/Wedgewood Fund Institutional | A | Dividend | J | T | Buy | 09/05/12 | J | | |
| 81. --Scout Mid Cap | A | Dividend | J | T | Buy | 02/09/12 | J | | |
| 82. --PIMCO All Assett All Authority | A | Dividend | K | T | Buy | 02/13/12 | J | | |
| 83. Morgan Keegan Account | | | | | | | | | |
| 84. --Cash Regions FDIC | A | Interest | K | T | | | | | |
| 85. --iShares MSCI EAFE Index Fund | | None | | | Sold | 02/10/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 07/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --iShares Russell Midcap Index Fund | | None | | | Sold | 02/10/12 | K | D | |
| 87. --iShares TR Russell 2000 Index Fund | | None | | | Sold | 02/10/12 | K | D | |
| 88. --iShares Technology Sector IDX Trust Dow Jones US Fund | A | Dividend | K | T | | | | | |
| 89. --iShares Industry Index Trust Dow Jones US | A | Dividend | K | T | | | | | |
| 90. --Vanguard Emerging Markets | | None | | | Sold | 02/10/12 | K | B | |
| 91. --Nuveen Global Infrastructure I | B | Dividend | K | T | Sold (part) | 09/07/12 | J | A | |
| 92. --Thornburg Investment Income Builder Fund I | B | Dividend | K | T | Sold (part) | 02/13/12 | K | A | |
| 93. | | | | | Sold (part) | 09/07/12 | K | A | |
| 94. --Greenhaven Continuous Commodity Index Fund | | None | K | T | Sold (part) | 09/07/12 | K | B | |
| 95. --iShares DJ US Energy Sector Index Fund | A | Dividend | K | T | | | | | |
| 96. --Ivy Asset Strategy Fund I | A | Dividend | K | T | Sold (part) | 09/17/12 | J | A | |
| 97. --RS Global Natural Resources | A | Dividend | K | T | Sold (part) | 09/17/12 | J | B | |
| 98. --Energy Transfer Partners LP | B | Distribution | K | T | | | | | |
| 99. --Energy Transfer Equity | B | Distribution | K | T | | | | | |
| 100. --Enterprise Product Partners LP | B | Distribution | K | T | | | | | |
| 101. --Kinder Morgan Energy Partners LP | B | Distribution | K | T | | | | | |
| 102. --Plains All American Pipeline LP | B | Distribution | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 07/11/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --First Trust Financial Alphadex Fund | A | Dividend | K | T | | | | | |
| 104. --First Trust Health Care Alphadex Fund | A | Dividend | K | T | | | | | |
| 105. --Fairholme Fund | | None | K | T | | | | | |
| 106. --Franklin Inc Adv | B | Dividend | K | T | Sold (part) | 02/13/12 | J | | |
| 107. --Kinder Morgan, Inc. | A | Dividend | K | T | Buy | 02/14/12 | K | | |
| 108. --Alger Spectra I | A | Dividend | K | T | Buy | 09/07/12 | K | | |
| 109. --Federated Strategic Value IS | A | Dividend | K | T | Buy | 02/13/12 | K | | |
| 110. --Glenmede Small Cap Equity Institutional Shares | A | Dividend | K | T | Buy | 02/09/12 | K | | |
| 111. --Oppenheimer Developing Markets | A | Dividend | K | T | Buy | 02/13/12 | K | | |
| 112. --Prudential Jennison Equity Income Fund CL | A | Dividend | K | T | Buy | 02/13/12 | K | | |
| 113. --Riverpark/Wedgewood Fund Institutional | A | Dividend | K | T | Buy | 09/05/12 | K | | |
| 114. --Scout Mid Cap | A | Dividend | K | T | Buy | 02/09/12 | K | | |
| 115. --SunAmerica Focused Dividend Strategy Port Class A | A | Dividend | K | T | Buy | 09/07/12 | K | | |
| 116. --PIMCO All Assett All Authority | B | Dividend | K | T | Buy | 02/13/12 | K | | |
| 117. --EV Energy Partners LP | A | Distribution | K | T | Buy | 02/14/12 | K | | |
| 118. --Magellan Midstream Partners LP | A | Distribution | K | T | Buy | 02/14/12 | K | | |
| 119. Morgan Keegan IRA Account | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 07/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --Cash Regions FDIC | A | Interest | L | T | | | | | |
| 121. --Thornburg Investment Income Builder Fund I | C | Dividend | L | T | Open | 09/17/12 | K | | |
| 122. --Aberdeen Asia-Pacific Prime Income Fund | A | Dividend | | | Sold | 02/10/12 | K | D | |
| 123. -- Templeton Global Income Fund, INC | A | Dividend | J | T | | | | | |
| 124. --Powershares DB G10 Currency Harvest | | None | | | Sold | 02/10/12 | J | B | |
| 125. --FPA Crescent Fund | A | Dividend | K | T | | | | | |
| 126. --Dodge & Cox Income | A | Dividend | K | T | Open | 09/17/12 | K | | |
| 127. --Loomis Sayles Bond Fund | A | Dividend | K | T | Open | 09/17/12 | K | | |
| 128. --PIMCO Total Return Fund P | A | Dividend | K | T | Open | 09/17/12 | K | | |
| 129. --Vanguard Short Term Bond Index Fund | A | Dividend | K | T | Open | 09/17/12 | K | | |
| 130. --Alger Spectra I | A | Dividend | K | T | Open | 09/17/12 | K | | |
| 131. --Fairholme Fund | | None | K | T | Open | 09/17/12 | K | | |
| 132. --Federated Strategic Value IS | A | Dividend | K | T | Open | 09/17/12 | K | | |
| 133. --Glenmede Small Cap Equity Institutional Shares | A | Dividend | K | T | Open | 09/17/12 | K | | |
| 134. --Oppenheimer Developing Markets | A | Dividend | L | T | Open | 09/17/12 | L | | |
| 135. --Prudential Jennison Equity Income Fund CL | A | Dividend | K | T | Open | 09/17/12 | K | | |
| 136. --Riverpark/Wedgewood Fund Institutional | A | Dividend | K | T | Open | 09/17/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 07/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --Scout Mid Cap | A | Dividend | K | T | Open | 09/17/12 | K | | |
| 138. --Franklin Inc Adv | A | Dividend | K | T | Open | 09/17/12 | K | | |
| 139. --JP Morgan Alerian MLP Index | A | Dividend | K | T | Open | 09/17/12 | K | | |
| 140. --Ivy Asset Strategy Fund I | A | Dividend | J | T | Open | 09/17/12 | J | | |
| 141. --PIMCO All Assett All Authority | A | Dividend | L | T | Buy | 02/13/12 | K | | |
| 142. | | | | | Open | 09/17/12 | K | | |
| 143. --Osterweis Strategic Income | A | Dividend | K | T | Open | 09/17/12 | K | | |
| 144. --Templeton Global Bond Fund Advisor Class | A | Dividend | K | T | Open | 09/17/12 | K | | |
| 145. Morgan Keegan Pension Account | | | | | | | | | |
| 146. --Cash Regions FDIC | A | Interest | | | Distributed | 09/17/12 | L | | |
| 147. --Calamos Convertible & High Income Fund | A | Dividend | | | Sold | 02/10/12 | J | B | |
| 148. --Dodge & Cox Income | A | Dividend | | | Distributed | 09/17/12 | K | | |
| 149. --PIMCO Total Return Fund P | A | Dividend | | | Distributed | 09/17/12 | K | | |
| 150. --Vanguard Short Term Bond Index Fund | A | Dividend | | | Distributed | 09/17/12 | K | | |
| 151. --iShares Russell Midcap Index Fund | | None | | | Sold | 02/10/12 | K | D | |
| 152. --iShares TR Russell 2000 Index Fund | | None | | | Sold | 02/10/12 | K | D | |
| 153. --Vanguard Emerging Markets | | None | | | Sold | 02/10/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 07/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --Franklin Inc Adv | B | Dividend | | | Sold (part) | 02/10/12 | K | A | |
| 155. | | | | | Sold (part) | 09/07/12 | J | A | |
| 156. | | | | | Distributed | 09/17/12 | K | | |
| 157. --Thornburg Investment Income Builder Fund I | B | Dividend | | | Sold (part) | 02/13/12 | K | B | |
| 158. | | | | | Sold (part) | 09/07/12 | J | | |
| 159. | | | | | Distributed | 09/17/12 | K | | |
| 160. --FPA New Income Inc | A | Dividend | | | Sold | 02/10/12 | K | | |
| 161. --Osterweis Strategic Income | A | Dividend | | | Distributed | 09/17/12 | K | | |
| 162. --Templeton Global Bond Fund Advisor Class | A | Dividend | | | Distributed | 09/17/12 | K | | |
| 163. --Fairholme Fund | | None | | | Distributed | 09/17/12 | K | | |
| 164. --Loomis Sayles Bond Fund | A | Dividend | | | Buy | 02/09/12 | K | | |
| 165. | | | | | Distributed | 09/07/12 | K | | |
| 166. --Alger Spectra I | | None | | | Buy | 09/07/12 | J | | |
| 167. | | | | | Distributed | 09/17/12 | K | | |
| 168. --Federated Strategic Value IS | A | Dividend | | | Buy | 02/13/12 | K | | |
| 169. | | | | | Distributed | 09/17/12 | K | | |
| 170. --Glenmede Small Cap Equity Institutional Shares | A | Dividend | | | Buy | 02/09/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 07/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Distributed | 09/17/12 | K | | |
| 172. --Oppenheimer Developing Markets | | None | | | Buy | 02/13/12 | K | | |
| 173. | | | | | Distributed | 09/17/12 | L | | |
| 174. --Prudential Jennison Equity Income Fund CL | A | Dividend | | | Buy | 02/13/12 | K | | |
| 175. | | | | | Distributed | 09/17/12 | K | | |
| 176. --Riverpark/Wedgewood Fund Institutional | | None | | | Buy | 09/05/12 | J | | |
| 177. | | | | | Distributed | 09/17/12 | K | | |
| 178. --Scout Mid Cap | A | Dividend | | | Buy | 02/09/12 | K | | |
| 179. | | | | | Distributed | 09/17/12 | K | | |
| 180. --JP Morgan Alerian MLP Index | B | Dividend | | | Buy | 02/14/12 | K | | |
| 181. | | | | | Distributed | 09/17/12 | K | | |
| 182. --Ivy Asset Strategy Fund I | | None | | | Buy | 02/14/12 | J | | |
| 183. | | | | | Distributed | 09/17/12 | J | | |
| 184. --PIMCO All Assett All Authority | A | Dividend | | | Buy | 02/13/12 | K | | |
| 185. | | | | | Distributed | 09/17/12 | K | | |
| 186. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 07/11/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 1: Property was purchased on 8/31/04 for the purchase price of $645,000.

Lines 7, 54, 83, 119 and 145: These are "header" lines, thus columns B through D are left blank.

Lines 13, 25, 62, 63, 65, 74, 85, 106, 153, 158 and 160: There was a realized loss on the sales of these securities.

Lines 121, 126-140, and 142-144: These assets were rolled-over from          Morgan Keegan Pension Account to          Morgan Keegan IRA Account. The incoming rolled-over assets are designated as "Open" in Column D1 Transaction Type, as they were not a purchase or a spin-off (the only other options for acquired assets). There were no losses or gains recognized on the transfer of these assets.

Lines 145-185:          Morgan Keegan Pension Account was closed during 2012. All assets were transferred to          Morgan Keegan IRA Account. No assets remained at the end of 2012.

Lines 146, 148-150, 156, 159, 161-163, 165, 167, 169, 171, 173, 175, 177, 179, 181, 183 and 185: These assets were rolled-over from          Morgan Keegan Pension Account to          Morgan Keegan IRA Account. The outgoing rolled-over assets are designated as "Distributed" in Column D1 Transaction Type, as there is not a more appropriate selection. There were no losses or gains recognized on the transfer of these assets.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Diane K. Vescovo**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544